UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PATTERSON and
DENA PATTERSON,

       Plaintiffs,                            CASE NO. 05-74439
                                          HON. LAWRENCE P. ZATKOFF

v.

HUDSON AREA SCHOOLS,

       Defendant.
_____/

## ORDER

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron,
State of Michigan, on the 29th day of January, 2010

On January 26, 2010, Plaintiffs filed a Motion to Adjourn Trial Set for February 16, 2010, To Set Reasonable Expert Fees and Other Related Relief (Docket #133). On January 29, 2010, Defendant filed a response. The Court has reviewed the Motion and response brief.

On October 19, 2009, the parties were notified that this case, which was filed over four years ago, would commence with jury selection on February 11, 2010, and the first day of trial would be February 16, 2010. Having reviewed the arguments set forth in the parties' briefs, the Court finds no reason to adjourn those trial dates. Accordingly, Plaintiffs' Motion is DENIED. A more detailed Opinion setting forth the grounds for the Court's denial of the Motion shall be issued within days.

       IT IS SO ORDERED.

                                          S/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: January 29, 2010

CERTIFICATE OF SERVICE

 The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 29, 2010.

                S/Marie E. Verlinde
                Case Manager
                (810) 984-3290