UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PATTERSON and
DENA PATTERSON, et al,

    Plaintiffs,                                    Case No. 05-74439

v                                                 Hon. Lawrence P. Zatkoff

HUDSON AREA SCHOOLS,

    Defendant.
_____/

| TERRY E. HEISS (P36687) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| Attorney for Plaintiffs | GIARMARCO, MULLINS & HORTON, P.C. |
| 6440 E. Fulton St., Ste. 201 | Attorney for Defendant |
| Ada, MI 49301 | 101 W. Big Beaver, 10th Floor |
| (616) 676-3850 | Troy, MI 48084-5280 |
| theiss@adalegalgroup.com | (248) 457-7000 |
|  | tmullins@gmhlaw.com |

**DEFENDANT'S OFFER OF JUDGMENT DATED JANUARY 29, 2010**

    NOW COMES Defendant, HUDSON AREA SCHOOLS, by and through its attorneys, GIARMARCO, MULLINS & HORTON, P.C., and pursuant to FRCP 68, makes an Offer of Judgment to Plaintiff in the amount of One Hundred Thousand and 00/100 ($100,000.00) Dollars, inclusive of attorneys fees and costs.

                                                                   GIARMARCO, MULLINS & HORTON, P.C.

                                                                     By:_____
                                                                   TIMOTHY J. MULLINS (P28021)
                                                                   Attorney for Defendant
                                                                  101 W. Big Beaver Road, 10th Floor
                                                                  Troy, MI 48084-5280
                                                                  (248) 457-7000

DATED:  January 29, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PATTERSON and
DENA PATTERSON, et al,

    Plaintiffs,                      Case No. 05-74439

v                                    Hon. Lawrence P. Zatkoff

HUDSON AREA SCHOOLS,

    Defendant.
_____/

| TERRY E. HEISS (P36687) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| Attorney for Plaintiffs | GIARMARCO, MULLINS & HORTON, P.C. |
| 6440 E. Fulton St., Ste. 201 | Attorney for Defendant |
| Ada, MI 49301 | 101 W. Big Beaver, 10th Floor |
| (616) 676-3850 | Troy, MI 48084-5280 |
| theiss@adalegalgroup.com | (248) 457-7000 |
| | tmullins@gmhlaw.com |

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on the 29th day of January, 2010, he served DEFENDANT'S OFFER OF JUDGMENT via the United States District Court electronic transmission on the aforementioned date.

                                                s/TIMOTHY J. MULLINS
                                                GIARMARCO, MULLINS & HORTON, PC
                                                Attorney for Defendant
                                                101 W. Big Beaver Road, 10th Floor
                                                Troy, MI 48084-5280
                                                (248) 457-7020
                                                tmullins@gmhlaw.com
                                                P28021