UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANE PATTERSON

    Plaintiff,

vs.

                                      CASE NO. 05-74439
                                      HON. LAWRENCE P. ZATKOFF

HUDSON AREA SCHOOLS,

    Defendant.

_____/

## VERDICT FORM

We, the jury, answer the questions submitted as follows:

1. Do you find that Plaintiff was subjected to harassment because of his sex or gender through the intentional conduct of other students consisting of sexual orientation conduct and/or conduct of a sexual nature in the school program or environment?

    Yes __X__   No _____

    If you answered "Yes," continue on to Question 2. If you answered "No," your deliberations are complete. Have the jury foreperson sign and date this Verdict Form.

2. Do you find that the alleged harassment was severe, pervasive, and objectively offensive?

    Yes __X__   No _____

    If you answered "Yes," continue on to Question 3. If you answered "No," your deliberations are complete. Have the jury foreperson sign and date this Verdict Form.

3. Do you find that Defendant had actual knowledge of the harassment described above?

    Yes __X__   No _____

    If you answered "Yes," continue on to Question 4. If you answered "No," your deliberations are complete. Have the jury foreperson sign and date this Verdict Form.



FILED
MAR 03 2010
CLERK'S OFFICE
DETROIT

4. Do you find that Defendant acted with deliberate indifference to the known acts of harassment?

   Yes __X__   No _____

   If you answered "Yes," continue on to Question 5. If you answered "No," your deliberations are complete. Have the jury foreperson sign and date this Verdict Form.

5. Do you find that, as a result of such harassment, Plaintiff was deprived of access to the educational benefits or opportunities provided by Defendant?

   Yes __X__   No _____

   If you answered "Yes," continue on to Question 6. If you answered "No," your deliberations are complete. Have the jury foreperson sign and date this Verdict Form.

6. What amount do you award Plaintiff as damages?

   $ __800,000__

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Date: __3-3-2010__