**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANE PATTERSON,

    Plaintiff,                                     CASE NO. 05-74439
                                                    HON. LAWRENCE P. ZATKOFF

v.

HUDSON AREA SCHOOLS,

    Defendant.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated July 1, 2010, Plaintiff's cause of action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 1st day of July, 2010.

                                                              DAVID J. WEAVER
                                                              CLERK OF THE COURT


                                 BY:    s/Marie Verlinde
                                                  MARIE VERLINDE

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE